UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| DEAN ALLEN STEEVES, | Case No.: 22-cv-00838-WQH-MDD |
|---|---|
| Plaintiffs, | **ORDER** |
| v. | |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

HAYES, Judge:

The matters before the Court are the Motion for Extension of Time (ECF No. 6) and Motion for Leave to File Electronically (ECF No. 7) filed by Plaintiff Dean Allen Steeves.

In his Motion for Extension of Time, Plaintiff requests an extension of 45 days in which to file a response to Defendant's Motion to Dismiss the Complaint on the basis that Plaintiff's jaw was fractured when he "suffered a major fall" on July 30, 2022, necessitating several surgeries and an extended recovery period. The Court finds good cause to grant Plaintiff's request for a 45-day extension.

Pursuant to the ECF Manual, pro se litigants are required to submit and file all documents in paper form unless the court grants the litigant leave to electronically file. *See* ECF Manual § 2(b). "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and

software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id.* In his Motion for Leave to File Electronically, Plaintiff does not state his equipment and software capabilities or agree to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual. Plaintiff's request for leave to file documents electronically is denied.

IT IS HEREBY ORDERED that the Motion for Extension of Time filed by Plaintiff Dean Allen Steeves (ECF No. 6) is granted. The briefing schedule on Defendant's Motion to Dismiss the Complaint is amended as follows: Plaintiff shall file any response to the motion on or before October 6, 2022. Defendant shall file any reply on or before October 13, 2022.

IT IS FURTHER ORDERED that the Motion for Leave to File Electronically filed by Plaintiff Dean Allen Steeves (ECF No. 7) is denied without prejudice and with leave to refile.

Dated: August 11, 2022

Hon. William Q. Hayes
United States District Court